1  BESS M. BREWER, #100364
   BREWER & MITCHELL, LLP
2  1023 H Street, Suite B5
   Sacramento, CA 95814
3  Telephone: (916) 448-8600
   Facsimile: (916) 448-8605
4
   Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRYAN RAY NEWMAN** | Case No.  CIV-S-05-694 WBS-CMK |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **JO ANNE B. BARNHART** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file her summary judgment is hereby extended from its current due date of  January 17, 2006  until January 25, 2005.

/ / / /

/ / / /

/ / / /

*Newman v. Barnhart,* CIV-S-05-694 WBS- CMK          1

| | |
|---|---|
| Dated:  January 17, 2006 | BREWER & MITCHELL, LLP |
| | By: /s/Bess M. Brewer<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: January 17, 2006 | McGregor W. Scott<br>United States Attorney |
| | By: /s/Bobbie J. Montoya<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:   January 25, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE