IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN RAY NEWMAN,

       Plaintiff,                              Case No.  CIV-S-05-0694 WBS CMK

       vs.

JO ANNE B. BARNHART,                  ORDER
Commissioner of Social Security,

       Defendant.

_____/

        On August 18, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Objections were filed on August 28, 2006.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1

1  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
2  1983).
3          The court has reviewed the applicable legal standards and, good cause appearing,
4  concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,
5  IT IS ORDERED that:
6          1. The findings and recommendations filed August 18, 2006 are adopted;
7          2. Plaintiff's motion for summary judgment is denied and the Commissioner's
8  cross-motion for summary judgment is granted.
9  DATED:  October 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE